IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

REBECCA MINK,                    )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )      2:24cv516-MHT
                                 )          (WO)
WHEEL WORX, LLC.,                )
                                 )
     Defendant.                  )

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 24), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with each party to bear its own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of May, 2025.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE